# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BALTIC BEHEER B.V. & D. van URK, <br> as owner of the M/V BALTIC, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CASE NO. 1:20-cv-~~102~~ |
| v. | ) <br> ) | IN ADMIRALTY |
| CAC MARITIME, INC., | ) <br> ) | |
| Defendant. | ) <br> ) | |

## VERIFIED COMPLAINT UNDER RULE B OF THE SUPPLEMENTAL RULES APPLICABLE TO ADMIRALTY

# EXHIBIT  B



M/V "Baltic"c/o OCEAN 7 PROJECTS ApSJyllandgade 19A
Company Registration No: DK 36458615

**To:**
CAC MARITIME, PANAMA
c/o: Stiegler Shipping Co., Inc.
UNITED STATES

# Hire Invoice

*Invoice #:* 000344TCOB    *Invoice Date:* Jul 30 2019
*Due Date:* Aug 07 2019

**Vessel Name:** BALTIC
**Purchase Order #:**
**IMO Number:** 9763784
**Vessel Flag:** DUTCH

**Delivery Port:** TAMPICO
**Redelivery Port:** PORTUGAL
(COUNTRY)
**CP Date:** Jun 24 2019

| Description | Amount (USD) |
|---|---:|
| Hire 15.0000000 days (07/08/19 18:00 GMT - 22/08/19 18:00 GMT) @ USD 6.750,00/day | 101,250.00 |
| | Subtotal: 101,250.00 |
| | **TOTAL 101,250.00** |

Payment Terms: 15 days in advance

**Banking Details:**
Nordea A/S
Kolding Aapark 2
DK-6000 Kolding
IBAN: DK3120 000 748255699
Swift Code: NDEADKKK
Acct. No: 0748 255 699
IBAN: DK3120 000 748255699
In Favour Of: M/V "Baltic"

**Remit to:**
Ocean 7 Projects ApS

**Memo:**

**User:** Lennar Claussen

M/V "Baltic"

This invoice is due on the date indicated above. In case of payment after due date an annual interest of 9.25% will be applicable.